GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HANNA LAWA, | Case No. 2:25-cv-00969-ART-DJA |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, US BANK MORTGAGE | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 30, 2025 through and including **July 21, 2025**. The request was made by Equifax so that it can have an opportunity

//

1   to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff

2   approves.  This stipulation is filed in good faith and not intended to cause delay.

3          Respectfully submitted, this 27th day of June 2025.

4

5   CLARK HILL PLLC

6   By:  /s/Gia N. Marina
    Gia N. Marina

7   Nevada Bar No. 15276

8   1700 S. Pavilion Center Drive, Suite 500
    Las Vegas, NV 89135

9   Tel: (702) 862-8300
    Fax: (702) 778-9709

10  Email: gmarina@clarkhill.com
    *Attorney for Defendant Equifax Information*

11  *Services LLC*

12

13

    **No opposition**

     /s/*Michael Everett Yancey , III*
    Michael Everett Yancey , III
    Consumer Justice Law Firm PLC
    2300 West Sahara Ave, Suite 800
    Las Vegas, NV 89102
    480-573-9272
    Fax: 718-715-1750
    Email: myancey@consumerjustice.com

    *Attorney for Plaintiff*

14  IT IS SO ORDERED:

15

16

17  _____
    UNITED STATES MAGISTRATE JUDGE

18  DATED:  6/30/2025
            _____

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that a true and exact copy of the foregoing has been served this 27th day of June, 2025, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709