| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Darren T. Brenner, Esq.<br>Nevada Bar No. 8386 |
| 3 | Jory C. Garabedian, Esq.<br>Nevada Bar No. 10352 |
| 4 | 8337 W. Sunset Rd., Suite 220 |
| 5 | Las Vegas, Nevada 89113<br>(702) 475-7964; Fax: (702) 946-1345 |
| 6 | dbrenner@wrightlegal.net |
| 7 | jgarabedian@wrightlegal.net |
| 8 | *Attorneys for Defendant U.S. Bank National Association and ChexSystems, Inc.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HANNA LAWA, | 2:25-cv-00969-ART-DJA |
| Plaintiff, | **JOINT MOTION TO EXTEND TIME FOR U.S. BANK, N.A. TO FILE RESPONSE TO COMPLAINT** |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND US BANK, N.A., | **[FIRST REQUEST]** |
| Defendants. | |

Pursuant to Local Rule 7-1, Plaintiff Hanna Lawa ("Plaintiff") and Defendant U.S. Bank National Association ("U.S. Bank") ("Defendant"), by and through their respective undersigned counsel of record, submit this Stipulation and Order.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant that the time for Defendant to respond to the Complaint in this action is extended to and through August 4, 2025. This is the Parties' first request for an extension of this deadline.

///

1

104506067.1

The Parties request this extension to permit Defendant to review the allegations and for the Parties to discuss a possible early resolution of this case to avoid unnecessary fees and costs.

DATED this 1st day of July, 2025.

/s/ Michael Yancey III
CONSUMER JUSTICE LAW FIRM PLC
Michael Yancey III
Nevada Bar No. 16158
2300 West Sahara Ave., Suite 800
Las Vegas, Nevada 89102
Tel.: (480) 573-9272; Fax: (480) 613-7733
myancey@consumerjutice.com

*Attorneys for Plaintiff*

DATED this 1st day of July, 2025.

/s/ Jory C. Garabedian
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
8337 W. Sunset Rd., Suite 220
Las Vegas, Nevada 89113
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
jgarabedian@wrightlegal.net

*Attorneys for Defendant U.S. Bank National Association*

## ORDER

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/2/2025

2

104506067.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically transmitted the foregoing **JOINT MOTION TO EXTEND TIME FOR U.S. BANK, N.A. TO FILE RESPONSE TO COMPLAINT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED this 1st day of July, 2025.

*/s/ Jason Craig*
Employee of WRIGHT, FINLAY & ZAK, LLP

104506067.1