SEYFARTH SHAW LLP
Jennifer R. Brooks
State Bar No. 14480
jrbrooks@seyfarth.com
2323 Ross Avenue
Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6730

CLARK HILL, PLLC
Gia N. Marina
gmarina@clarkhill.com
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Telephone: (702) 697-7541

*Counsel for Defendant*
*Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HANNA LAWA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and US BANK MORTGAGE,<br><br>Defendants. | Case No.: 2:25-cv-00969-ART-DJA |

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER – SECOND REQUEST**

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from July 21, 2025 through and including July 28, 2025. Plaintiff and Equifax are actively engaged in settlement

discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 21st day of July, 2025.

Dated: July 21, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Jennifer R. Brooks*

Jennifer R. Brooks, Bar No. 14480
SEYFARTH SHAW LLP
2323 Ross Avenue
Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6730
Email: jrbrooks@seyfarth.com

Gia N. Marina
CLARK HILL, PLLC
1700 S. Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
Telephone: (702) 697-7541
Email: gmarina@clarkhill.com

*Counsel for Defendant*
*Equifax Information Services LLC*

Dated: July 21, 2025

Agreed & Consented to:

By: */s/ Michael Yancey*
Michael Yancey III, NV Bar No. 16158
**CONSUMER JUSTICE LAW FIRM PLC**
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (480) 573-9272
Fax: (480) 613-7733
Email: myancey@consumerjustice.com

**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258

______________________________
Beth Findsen, (*PHV forthcoming*)
bfindsen@consumerjustice.com
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
Telephone: (602) 807-6676

*Attorney for Plaintiff*
*Hanna Lawa*

IT IS SO ORDERED:

______________________________
United States Magistrate Judge

DATED: 7/22/2025

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2025, I presented the foregoing STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jennifer R. Brooks*
Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Information Services LLC*