WRIGHT, FINLAY & ZAK, LLP
Jory C. Garabedian
Nevada Bar No. 10352
8337 W. Sunset Rd., Suite 220
Las Vegas, Nevada 89113
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorneys for Defendant U.S. Bank National Association*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HANNA LAWA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND US BANK, N.A.,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-00969-ART-DJA<br><br>**JOINT MOTION TO EXTEND TIME FOR U.S. BANK, N.A. TO FILE RESPONSE TO COMPLAINT**<br><br>**[SECOND REQUEST]** |

　　　　Pursuant to Local Rule 7-1, Plaintiff Hanna Lawa ("Plaintiff") and Defendant U.S. Bank National Association ("U.S. Bank") ("Defendant"), by and through their respective undersigned counsel of record, submit this Stipulation and Order.

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant that the time for Defendant to respond to the Complaint in this action is extended to and through August 25, 2025. This is the Parties' second request for an extension of this deadline.

/ / /

/ / /

/ / /

/ / /

1

The Parties request this extension to permit Defendant to review the allegations and for the Parties to discuss a possible early resolution of this case to avoid unnecessary fees and costs.

DATED this 4th day of August, 2025.                    DATED this 4th day of August, 2025.

/s/ Michael Yancey                                     /s/ Jory Garabedian
CONSUMER JUSTICE LAW FIRM PLC                          WRIGHT, FINLAY & ZAK, LLP
Michael Yancey III                                     Jory C. Garabedian
Nevada Bar No. 16158                                   Nevada Bar No. 10352
2300 West Sahara Ave., Suite 800                       8337 W. Sunset Rd., Suite 220
Las Vegas, Nevada 89102                                Las Vegas, Nevada 89113
Tel.: (480) 573-9272; Fax: (480) 613-7733              Tel.: (702) 475-7964; Fax: (702) 946-1345
myancey@consumerjutice.com                             jgarabedian@wrightlegal.net

*Attorneys for Plaintiff*                              *Attorneys for Defendant U.S. Bank National Association*

**ORDER**

**IT IS SO ORDERED.**

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: 8/5/2025

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served on the 4th day of August, 2025, the foregoing **JOINT MOTION TO EXTEND TIME FOR U.S. BANK, N.A. TO FILE RESPONSE TO COMPLAINT** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

_/s/ Faith Harris_
An Employee of WRIGHT, FINLAY & ZAK, LLP