WRIGHT, FINLAY & ZAK, LLP
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
8337 W. Sunset Road, Suite 220
Las Vegas, Nevada 89113
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Former Attorneys for Defendant U.S. Bank National Association*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HANNA LAWA,<br><br>        Plaintiff,<br>   vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND US BANK, N.A.,<br><br>        Defendants. | Case No.: 2:25-cv-00969-ART-DJA<br><br>**MOTION TO WITHDRAW AS COUNSEL AND FOR REMOVAL FROM CM/ECF SERVICE LIST** |

Jory C. Garabedian, Esq. ("Mr. Garabedian"), of the law firm of WRIGHT, FINLAY & ZAK, LLP ("WFZ"), counsel of record for Defendant U.S. Bank National Association ("Defendant"), moves to withdraw as counsel and requests removal from the CM/ECF Service List in the above-captioned matter.

Darren T. Brenner, Esq., formerly with WFZ and now with the law firm of Klinedinst PC, will continue representing Defendant. Mr. Garabedian and WFZ will have no involvement with this case going forward and it is no longer necessary that Mr. Garabedian or any attorney from WFZ continue to receive CM/ECF notice of the ongoing proceedings on behalf of Defendant.

Please address all future correspondence to:

Darren Brenner, Esq.
Klinedinst PC
5940 South Rainbow Blvd.
Las Vegas, NV 89118
(702) 859-4000
dbrenner@klinedinstlaw.com

Accordingly, the undersigned counsel requests that he be permitted to withdraw as counsel of record for Defendant and removed from the CM/ECF Service List in this matter.

DATED this 25th day of August, 2025.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Jory C. Garabedian, Esq.*
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
8337 W. Sunset Road, Suite 220
Las Vegas, Nevada 89113
*Former Attorneys for Defendant U.S. Bank National Association*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served on the 25th day of August, 2025, the foregoing **MOTION TO WITHDRAW AS COUNSEL AND FOR REMOVAL FROM CM/ECF SERVICE LIST** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

*/s/ Jason Craig*
An Employee of WRIGHT, FINLAY & ZAK, LLP

**IT IS SO ORDERED**.

DATED: 8/26/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE