KLINEDINST PC
Darren T. Brenner
Nevada Bar No. 8386
5940 South Rainbow Blvd
Las Vegas, Nevada 89118
Tel.: (702) 859-4000
dbrenner@klinedinstlaw.com

*Attorneys for Defendant*
*U.S. Bank National Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HANNA LAWA,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>    Defendants. | Case No. 2:25-cv-0969-ART-DJA<br><br>**STIPULATION TO EXTEND DEFENDANT U.S. BANK'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION, REQUEST FOR ADMISSION, AND INTERROGATORIES** *and* **STIPULATION TO WITHDRAW PENDING MOTION FOR EXTENSION at ECF No. 43**<br><br>**(First Request)** |

On October 17, 2025, Defendant U.S. Bank National Association[1] ("U.S. Bank") filed its Motion to Extend Time for U.S. Bank's Responses to Plaintiff's Request for Production, Requests for Admission, and Interrogatories ("Motion to Extend"). *See* ECF No. 43. U.S. Bank's Motion to Extend asked the Court to extend the deadline for its discovery responses until two weeks after the Court hears its Motion to Stay Discovery at ECF No. 35. The Motion to Stay Discovery is set for hearing on November 13, 2025. *See* ECF No. 36. Since the filing of the Motion to Extend, U.S.

---

[1] Plaintiff misidentifies U.S. Bank as "U.S. Bank Mortgage."

1

Bank and Plaintiff have further conferred. Based on that conferral, Plaintiff has agreed to U.S. Bank's request.

Accordingly, Plaintiff and U.S. Bank stipulate and agree that U.S. Bank's written discovery responses need not be supplemented until the pending Motion to Stay Discovery is resolved. If the Motion to Stay is granted, U.S. Bank's supplements will not be due until after the stay is lifted. If the Motion to Stay is denied, U.S. Bank will have two weeks from the date of the Order denying the Motion to Stay to provide supplements. The pendency of the Motion to Stay is good cause for the request. This is U.S. Bank's first request for an extension from this Court.[2]

U.S. Bank and Plaintiff further agree that this stipulation moots U.S. Bank's Motion to Extend. Accordingly, U.S. Bank hereby stipulates to vacate and withdraw the Motion to Extend (ECF No. 43).

DATED: October 28, 2025.

| KLINEDINST PC | CONSUMER JUSTICE LAW FIRM PLC |
|---|---|
| /s/ *Darren T. Brenner* <br> Darren T. Brenner <br> Nevada Bar No. 8386 <br> 5940 South Rainbow Blvd <br> Las Vegas, Nevada 89118 <br> Tel.: (702) 859-4000 <br> dbrenner@klinedinstlaw.com <br><br> *Attorneys for Defendant* <br> *U.S. Bank National Association* | /s/ *Beth Findsen* <br> Beth Findsen (Pro Hac Vice) <br> 8095 N. 85th Way <br> Scottsdale, AZ 85258 <br> bfindsen@consumerjustice.com <br><br> Michael Yancey III, <br> NV Bar No. 16158 <br> 2300 West Sahara Avenue, Suite 800 <br> Las Vegas, Nevada 89102 <br> Phone: (480) 573-9272 <br> Fax: (480) 613-7733 <br> myancey@consumerjustice.com <br> *Attorneys for Plaintiff Hanna Lawa* |

**ORDER**

IT IS SO ORDERED.

DATED: 10/29/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff granted a prior extension, however, that did not require the Court's involvement.