1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HANNA LAWA, | Case No.: 2:25-cv-00969-ART-DJA |
| Plaintiffs, | |
| v. | **ORDER GRANTING** |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and US BANK MORTGAGE, | **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (First Request)** |
| Defendant. | |

COMES NOW, Plaintiff Hanna Lawa ("Plaintiff") and files this Unopposed Motion for Extension of Time to File Opposition to Defendant U.S. Bank National Association, ("U.S. Bank") Motion to Dismiss ("Motion"). In support thereof, Plaintiff states as follows:

1. U.S Bank filed its Motion to Dismiss Plaintiff's First Amended Complaint on November 19, 2025. (Dkt. 50)
2. The deadline for Plaintiff to file her Opposition is December 3, 2025.
3. Plaintiff requests a 14-day extension of time to file her Opposition.
4. This request is made in consideration of the upcoming Thanksgiving Holiday and the fact that Plaintiff's Counsel, Michael Yancey, will be out of the office for a prescheduled medical procedure during the week of December 1, 2025.
5. This motion is not made for bad faith or dilatory reasons. Instead, good cause exists as the requested extension would allow counsel sufficient time to review and marshal Plaintiff's arguments against U.S Bank's Motion to Dismiss Plaintiff's First Amended Complaint.
6. Plaintiff conferred with Defendant U.S. Bank National Association on November 21, 2025, and is unopposed to this motion.

WHEREFORE, for the reasons stated above, Plaintiff respectfully requests that this Court grant its Unopposed Motion for Extension of Time to File Opposition to Defendant U.S. Bank National Association, Motion to Dismiss up to and including **December 17, 2025.**

RESPECTFULLY SUBMITTED this 21st day of November 2025.

//

**CONSUMER JUSTICE LAW FIRM PLC**

By: */s/ Beth K. Findsen*
Beth K. Findsen (Pro Hac Vice)
8095 N. 85th Way
Scottsdale, AZ 85258
Phone: (602) 807-6676
Fax: (480) 613-7733
Email: bfindsen@consumerjustice.com

Michael Yancey III, NV Bar No. 16158
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (480) 573-9272
Fax: (480) 613-7733
Email: myancey@consumerjustice.com

**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258

*Attorney for Plaintiff*
*Hanna Lawa*


IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: November 26, 2025

3