**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HANNA LAWA, | Case No.: 2:25-cv-00969-ART-DJA |
| Plaintiffs, | |
| v. | **ORDER GRANTING** |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and US BANK MORTGAGE, | **STIPULATION OF DISMISSAL AS TO DEFENDANT TRANS UNION LLC, ONLY** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hanna Lawa ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through undersigned

1

counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Trans Union, only. Each party will bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED on this 13th day of February 2026.

| | |
|---|---|
| CONSUMER JUSTICE LAW FIRM PLC<br>By: */s/ Beth K. Findsen*<br>Beth K. Findsen (Pro Hac Vice)<br>8095 N. 85th Way<br>Scottsdale, AZ 85258<br>Phone: (602) 807-6676<br>Fax: (480) 613-7733<br>Email: bfindsen@consumerjustice.com<br><br>Michael Yancey III, NV Bar No. 16158<br>2300 West Sahara Avenue, Suite 800<br>Las Vegas, Nevada 89102<br>Phone: (480) 573-9272<br>Fax: (480) 613-7733<br>Email: myancey@consumerjustice.com<br><br>CONSUMER JUSTICE LAW FIRM PLC<br>8095 N. 85th Way<br>Scottsdale, AZ 85258<br><br>*Attorney for Plaintiff*<br>*Hanna Lawa* | Quilling Selander Lownds Winslett &<br>Moser PC<br>By: */s/ Paul Sheldon*<br>Paul Sheldon (Pro Hac Vice)<br>6900 Dallas Parkway, Suite 800<br>Plano, TX 75024<br>Phone: 214-560-5453<br>Email: psheldon@qslwm.com<br><br>HALL & EVANS, LLC<br>KURT R. BONDS, ESQ.<br>Nevada Bar #6228<br>AARON D. CUELLAR, ESQ.<br>Nevada Bar No. 16835<br>1160 North Town Center Dr., Suite 330<br>Las Vegas, NV 89144<br>Telephone: (702) 998-1022<br>nvefile@hallevans.com<br>bondsk@hallevans.com<br>cuellara@hallevans.com<br><br>*Counsel for Defendant,*<br>*Trans Union LLC* |

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated: <u>February 17, 2026</u>

2