**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HANNA LAWA,<br><br>                      Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., TRANS UNION LLC, and US BANK<br>MORTGAGE,<br><br>                      Defendant. | **Case No.: 2:25-cv-00969-ART-DJA**<br><br>**ORDER GRANTING**<br><br>**STIPULATION OF DISMISSAL AS<br>TO DEFENDANT EQUIFAX<br>INFORMATION SERVICES, LLC.,<br>ONLY AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hanna Lawa ("Plaintiff") and Defendant Equifax Information Services, LLC., ("Equifax"), by and through

1

undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax, only. Each party will bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED on this 25th day of February 2026.

| CONSUMER JUSTICE LAW FIRM PLC | SEYFARTH SHAW LLP |
|---|---|
| /s/ Beth K. Findsen | /s/ Ritika Singh |
| Beth K. Findsen (Pro Hac Vice) | Ritika Singh (Pro Hac Vice) |
| 8095 N. 85th Way | risingh@seyfarth.com |
| Scottsdale, AZ 85258 | 2323 Ross Avenue, Suite 1660 |
| Phone: (602) 807-6676 | Dallas, TX 75201 |
| Fax: (480) 613-7733 | Telephone: (469) 608-6763 |
| Email: bfindsen@consumerjustice.com | |
| | Jennifer R. Brooks |
| Michael Yancey III, NV Bar No. 16158 | State Bar No. 14480 |
| 2300 West Sahara Avenue, Suite 800 | jrbrooks@seyfarth.com |
| Las Vegas, Nevada 89102 | 2323 Ross Avenue, Suite 1660 |
| Phone: (480) 573-9272 | Dallas, Texas 75201 |
| Fax: (480) 613-7733 | Telephone: (469) 608-6730 |
| Email: myancey@consumerjustice.com | |
| | *Attorney for Defendant* |
| CONSUMER JUSTICE LAW FIRM PLC | *Equifax Information Services LLC* |
| 8095 N. 85th Way | |
| Scottsdale, AZ 85258 | |
| | |
| *Attorney for Plaintiff* | |
| *Hanna Lawa* | |

**IT IS SO ORDERED.**

**DATE: February 26, 2026**

_____
**ANNE R. TRAUM**
**UNITED STATES DISTRICT JUDGE**

2