**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| HANNA LAWA, | **Case No.: 2:25-cv-00969-ART-DJA** |
| Plaintiffs, | |
| v. | **ORDER GRANTING** |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and US BANK MORTGAGE, | **STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY AND ORDER** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hanna Lawa ("Plaintiff") and Defendant Experian Information Solutions, Inc., ("Experian"), by and through

1

undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Experian only. Each party will bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED on this 26th day of February 2026.

| | |
|---|---|
| CONSUMER JUSTICE LAW FIRM PLC<br>By: */s/ Beth K. Findsen*<br>Beth K. Findsen (Pro Hac Vice)<br>8095 N. 85th Way<br>Scottsdale, AZ 85258<br>Phone: (602) 807-6676<br>Fax: (480) 613-7733<br>Email: bfindsen@consumerjustice.com<br><br>Michael Yancey III, NV Bar No. 16158<br>2300 West Sahara Avenue, Suite 800<br>Las Vegas, Nevada 89102<br>Phone: (480) 573-9272<br>Fax: (480) 613-7733<br>Email: myancey@consumerjustice.com<br><br>CONSUMER JUSTICE LAW FIRM PLC<br>8095 N. 85th Way<br>Scottsdale, AZ 85258<br><br>*Attorney for Plaintiff*<br>*Hanna Lawa* | JONES DAY<br>*/s/ Bonny Birkeland*<br>Bonny Birkeland<br>90 South Seventh Street, Suite 4950<br>Minneapolis, MN 55402<br>612-217-8935 / 38935 - Office<br>bbirkeland@jonesday.com<br><br>NAYLOR & BRASTER<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>10100 W. Charleston Blvd., Suite 120<br>Las Vegas, NV 89135<br>Telephone: (702) 420-7000<br>jbraster@nblawnv.com<br><br>*Attorneys for Defendants*<br>*Experian Information Solutions, Inc* |

**IT IS SO ORDERED.**

**DATE: February 27, 2026**

_____
**ANNE R. TRAUM**
**UNITED STATES DISTRICT JUDGE**

2