**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HANNA LAWA, | **Case No.: 2:25-cv-00969-ART-DJA** |
| Plaintiffs, | |
| v. | **ORDER GRANTING** |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and US BANK MORTGAGE, | **STIPULATION OF DISMISSAL AS TO DEFENDANT US BANK MORTGAGE** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hanna Lawa ("Plaintiff") and Defendant US Bank Mortgage., ("US Bank"), by and through undersigned

1

counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. Each party will bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED on this 24th day of March 2026.

| | |
|---|---|
| CONSUMER JUSTICE LAW FIRM PLC<br>By: */s/ Beth K. Findsen*<br>Beth K. Findsen (Pro Hac Vice)<br>8095 N. 85th Way<br>Scottsdale, AZ 85258<br>Phone: (602) 807-6676<br>Fax: (480) 613-7733<br>Email: bfindsen@consumerjustice.com<br><br>Michael Yancey III, NV Bar No. 16158<br>2300 West Sahara Avenue, Suite 800<br>Las Vegas, Nevada 89102<br>Phone: (480) 573-9272<br>Fax: (480) 613-7733<br>Email: myancey@consumerjustice.com<br><br>CONSUMER JUSTICE LAW FIRM PLC<br>8095 N. 85th Way<br>Scottsdale, AZ 85258<br><br>*Attorney for Plaintiff*<br>*Hanna Lawa* | KLINEDINST PC<br>By: */s/ Darren T. Brenner*<br>Darren T. Brenner, Esq. Nevada Bar No. 8386<br>5940 South Rainbow Blvd<br>Las Vegas, NV 89118<br>(702) 859-4000<br>dbrenner@klinedinstlaw.com<br><br>*Attorneys for Defendant*<br>*U.S. Bank National Association* |

**IT IS SO ORDERED.**

**DATE:**  March 24, 2026

ANNE R. TRAUM
**UNITED STATES DISTRICT JUDGE**